J-S55022-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | | |
| v. | | |
| MALIK MANDRUM A/K/A MALIK MANGRUM, | | |
| Appellant | | No. 3259 EDA 2013 |

Appeal from the Judgment of Sentence June 26, 2013
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0011828-2012

BEFORE:  BOWES, SHOGAN, and OTT, JJ.

CONCURRING STATEMENT BY BOWES, J.:          **FILED FEBRUARY 04, 2015**

For reasons more fully outlined in my concurring decision in

***Commonwealth v. Bizzel***, 2014 PA Super 267, I concur in the result.